UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEXANDRA HERNANDEZ,

                      Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------------X

JUDGMENT
04-CV-0575 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 1 8 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 17, 2005, denying plaintiff's motion for review of the final determination of the Commissioner of Social Security; and granting the Commissioner's motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motion for review of the final determination of the Commissioner of Social Security is denied; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
        August 17, 2005

ROBERT C. HEINEMANN
Clerk of Court